# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **MONTEZ MORTON,** | Case No. 1:21-CV-01986 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| **THE GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY,** | |
| Defendant. | JUDGMENT ENTRY |

For the reasons stated in the Court's Memorandum Opinion and Order (Doc. No. 31), the Court GRANTS Defendant's Motion for Summary Judgment. (Doc. No. 21.)

This case is hereby TERMINATED.

**IT IS SO ORDERED.**

Date: July 14, 2023

                                                     *s/Pamela A. Barker*
                                                     PAMELA A. BARKER
                                                     U. S. DISTRICT JUDGE