UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 23-3660

---

Filed: June 21, 2024

MONTEZ MORTON

    Plaintiff - Appellant

1:21cv1986 - PAB

v.

GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/30/2024 the mandate for this case hereby issues today.  Affirmed

COSTS:  None